IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS HOSEA,

    Plaintiff,

v.         CIV. NO. 1:19-811 WJ/SMV

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY

    Defendant

## UNOPPOSED ORDER ON PLAINTIFF'S STIPULATED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File His Motion to Reverse and/or Remand (Doc. 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until February 27, 2020, to file his Motion to Reverse and/or Remand; Defendant shall have until April 23, 2020, to file a Response, and Plaintiff shall have until May 20, 2020 to file a Reply.

BY THE COURT:

_____
HONORABLE STEPHAN M. VIDMAR

SUBMITTED AND APPROVED BY:

| /S/ Benjamin E. Decker | *Approval via email 1/6/20* |
|---|---|
| _____ | _____ |
| Benjamin E. Decker | Chad Troop |
| Attorney for the Plaintiff | Special Assistant United States Attorney |