IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS HOSEA,

    Plaintiff,

v.                      CIV. NO. 19-811 WJ/SMV

ANDREW SAUL,
ACTING COMMISSIONER OF
SOCIAL SECURITY

    Defendant

## UNOPPOSED ORDER ON PLAINTIFF'S STIPULATED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File her Motion to Reverse and/or Remand (Doc. 22), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until 3/27/20 to file his Motion to Reverse and/or Remand; Defendant shall have until 5/25/20 to file a Response, and Plaintiff shall have until 6/19/20 to file a reply.

                                  BY THE COURT:

                                  _____
                                  HONORABLE STEPHAN M. VIDMAR

SUBMITTED AND APPROVED BY:

*/S/ Benjamin E. Decker*
_____
Benjamin E. Decker
Attorney for the Plaintiff


*Approved via email on 2/26/20*

_____
Chad Troop
Special Assistant United States Attorney